**Order filed February 13, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00103-CR
_____

## IN RE ROMARCUS DEON MARSHALL, Appellant

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 833880**

# O R D E R

Relator filed an original proceeding in this court related to his motion for DNA testing and motion for the appointment of counsel.

The Harris County District Clerk is directed to file on or before February 27, 2015, as a supplement to our mandamus record, the clerk's record in cause number 833880 containing: relator's motion for DNA testing and motion for the appointment of counsel, any written orders or rulings by the trial related to the motions, and any other related filings.

1

If the record is not part of the case file, the district clerk is directed to file a supplement to our mandamus record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM